UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-6474-GW-BFMx | Date | September 28, 2023 |
|---|---|---|---|
| Title | R. J. Kulick v. U.S. Supreme Court, et al. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** PLAINTIFF'S (1) MOTION OF ERROR IN COURT FILING DATED 8-17-23, DOC #9; (2) MOTION IN OPPOSITION IN COURT FILING DATED 8-11-23, DOC #3; (3) MOTION IN OPPOSITION IN COURT FILING DATED 8-18-23, DOC #10; (4) MOTION IN OPPOSITION IN COURT FILING DATED 8-18-23, DOC #11 [13]

The Court's Tentative Ruling on Plaintiff's Motion [13] was issued on September 25, 2023 [20].

*Pro se* Plaintiff R.J. Kulick is not present.

This Court dismissed Plaintiff's Complaint for lack of subject matter jurisdiction, as well as for failure to state a claim due to the clear applicability of judicial immunity, but gave him leave to file an amended complaint.  See August 10, 2023 Ruling on Request for Emergency Injunction ("August 2023 Order"), Docket No. 6 at 3-4.  Since that time, Plaintiff has filed a number of items - i.e. (1) Motion of Error in Court Filing Dated 8-17-23 (Doc #9); (2) Motion in Opposition in Court Filing Dated 8-11-23 (Doc #3); (3) Motion in Opposition in Court Filing Dated 8-18-23 (Doc #10); and (4) Motion in Opposition in Court Filing Dated 8-18-23 (Doc #11) - which are somewhat nebulous, but which the Court treated as a request for reconsideration.  The Court set a September 28, 2023 hearing on the motions and, on September 25, issued a tentative ruling on them.  See Docket No. 20.  On September 27, 2023, Plaintiff filed another more or less unintelligible motion.  See Docket No. 22.

For the reasons stated in the tentative ruling, all of the motions (including the one filed on September 27) are denied.  Plaintiff is given until October 16, 2023, to file an amended complaint which addresses the issues raised in the August 2023 Order.  Failure to do so will result in the dismissal of his lawsuit with prejudice.

| | : | 01 |
|---|---|---|
| | Initials of Preparer | JG |