JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-6474-GW-BFMx | Date | October 20, 2023 |
|---|---|---|---|
| Title | R. J. Kulick v. U.S. Supreme Court, et al. | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS:** **IN CHAMBERS - ORDER**

Pursuant to the Court's September 28, 2023 Order (ECF No. 24), because Plaintiff has not filed an amended complaint by October 16, 2023, this action is dismissed with prejudice.

:

Initials of Preparer   JG